UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DONTAE CUMMINGS**                                                                                  **PLAINTIFF**
**ADC # 172826**

V.                                    No. 4:24-CV-00998-JM

**ARKANSAS DEPARTMENT OF CORRECTIONS,**
**Cummins Unit, East Building Max,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE