UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DONTAE CUMMINGS**                                                                 **PLAINTIFF**
**ADC # 172826**

V.                                    No. 4:24-CV-00998-JM

**ARKANSAS DEPARTMENT OF CORRECTIONS,**
**Cummins Unit, East Building Max,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE